In the Matter of MARTIN J. SAWMA, Appellant, v THOMAS P. DINAPOLI, as State Comptroller, Respondent.

Submitted January 9, 2017; decided February 16, 2017

Motion for reconsideration of this Court's November 17, 2016 dismissal order denied [*see* 28 NY3d 1053 (2016)].

Judge WILSON taking no part.

THEAPRIN PHARMACEUTICALS, INC., et al., Appellants, v JOSEPH D. CONWAY et al., Respondents.

Submitted January 9, 2017; decided February 16, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 909 (2016)].

Judge WILSON taking no part.

THEAPRIN PHARMACEUTICALS, INC., et al., Appellants, v JOSEPH D. CONWAY et al., Respondents, et al., Defendants.

Submitted January 9, 2017; decided February 16, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 909 (2016)].

Judge WILSON taking no part.

SHERILYN F. VAN ORDEN, Appellant, v RICHARD E. VAN ORDEN, Respondent.

Submitted November 28, 2016; decided February 16, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge STEIN taking no part.